| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FINAL FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Rosen, Gerald E. | 2. Court or Organization<br><br>U.S. District Court - Eastern District of Michigan | 3. Date of Report<br><br>06/22/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>1/31/2017 |
| 7. Chambers or Office Address<br><br>150 West Jefferson<br>Suite 850<br>Detroit, MI 48226 | *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Focus:Hope, Detroit, Michigan |
| 2. | Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | Trustee | Trust No. 1 |
| 4. | Trustee | Trust No. 2 |
| 5. | Board of Directors | Detroit Symphony Orchestra |
| 6. | Board of Trustees | Community Foundation for Southeast Michigan |
| 7. | Board of Directors | Operation Hope |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | The Rutter Group - Publication Agreement dated November 1995, amended October 2012. Royalties to be shared in an amount to be determined upon publication. |
| 2. | 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. | 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

4. 2013          The Rutter Group - Publication Update Agreement dated March 2013. Royalty to be paid based on projected sales of the Update.

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Thomson Reuters (West Group) - Book Royalties | $29,365.00 |
| 2. | 2016 | Wayne State University - Teaching | $19,504.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hope Global Forum | 01/13/16 - 01/15/16 | Atlanta, GA | Seminar Speaker | Airfare, Lodging, Meals, Parking |
| 2. | ACAM | 3/30/16 - 04/01/16 | Atlanta, GA | Seminar Speaker | Airfare, Lodging, Parking, Local Transportation, Mileage |
| 3. | Brookings | 07/11/16 - 07/12/16 | Washington DC | Seminar Speaker | Airfare, Lodging, Meals, Parking |
| 4. | Federal Bar Association | 09/15/16 - 09/16/16 | Cleveland, OH | Seminar Speaker | Mileage, Meals |
| 5. | Duke School of Law | 10/05/16 - 10/07/16 | San Diego, CA | Seminar Speaker | Taxi, Parking, Lodging, Internet |
| 6. | Federal Bar Association | 11/29/16 - 11/30/16 | Miami, FL | Seminar Speaker | Airfare, Lodging, Taxi, Meals, Internet, Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PNC Bank Accounts | A | Interest | K | T | | | | | |
| 2.  IRA No. 1 (H) | | | | | | | | | |
| 3.  -Federated Government Obligations Fund Money Market | A | Interest | L | T | | | | | |
| 4.  -Acadia Pharmaceuticals | | None | J | T | Buy | 02/22/16 | J | | |
| 5.  -Alphabet Inc Class C | | None | | | Buy (add'l) | 03/30/16 | J | | |
| 6. | | | | | Sold (part) | 04/29/16 | J | | |
| 7. | | | | | Sold (part) | 05/03/16 | J | | |
| 8. | | | | | Sold | 05/24/16 | J | A | |
| 9.  -Apache Corp | A | Dividend | J | T | Buy | 04/27/16 | L | | |
| 10. | | | | | Sold | 04/27/16 | L | A | |
| 11. | | | | | Buy | 09/09/16 | J | | |
| 12. | | | | | Buy (add'l) | 09/21/16 | K | | |
| 13. | | | | | Sold (part) | 09/21/16 | K | A | |
| 14. | | | | | Buy (add'l) | 09/29/16 | L | | |
| 15. | | | | | Sold (part) | 09/29/16 | L | A | |
| 16.  -Barrick Gold Corp | A | Dividend | | | Buy | 04/11/16 | J | | |
| 17. | | | | | Sold | 04/20/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 05/17/16 | J | | |
| 19. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 20. | | | | | Sold (part) | 08/01/16 | J | A | |
| 21. | | | | | Sold (part) | 11/30/16 | J | | |
| 22. -Church & Dwight Co | | None | | | Buy | 05/18/16 | J | | |
| 23. | | | | | Sold | 05/24/16 | J | A | |
| 24. -CVS Health Corp | A | Dividend | | | Sold | 04/25/16 | J | | |
| 25. -Devon Energy Corp | A | Dividend | | | Buy (add'l) | 03/31/16 | L | | |
| 26. | | | | | Sold (part) | 03/31/16 | L | B | |
| 27. | | | | | Sold | 05/04/16 | J | A | |
| 28. -Dow Chemical | | None | | | Buy | 05/24/16 | L | | |
| 29. | | | | | Sold | 05/24/16 | L | A | |
| 30. -Exxon Mobil Corp | A | Dividend | | | Sold (part) | 02/18/16 | J | A | |
| 31. | | | | | Sold | 05/03/16 | J | A | |
| 32. -Facebook Inc Class A | | None | | | Buy | 02/18/16 | J | | |
| 33. | | | | | Sold | 03/24/16 | J | A | |
| 34. | | | | | Buy | 04/19/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 04/19/16 | L | B | |
| 36. -Ford Motor Company | A | Dividend | | | Buy | 04/19/16 | J | | |
| 37. | | | | | Sold | 06/27/16 | J | | |
| 38. -Gilead Sciences Inc | A | Dividend | | | Buy | 02/17/16 | J | | |
| 39. | | | | | Sold | 04/08/16 | J | A | |
| 40. -Gold Trust | | None | | | Buy | 04/11/16 | J | | |
| 41. | | | | | Sold | 04/13/16 | J | | |
| 42. -Hess Corp | | None | | | Buy | 05/11/16 | J | | |
| 43. | | | | | Sold | 06/07/16 | J | A | |
| 44. -Hilton Worldwide Holdings (y) | | | | | | | | | |
| 45. -Intel Corp | | None | J | T | Buy | 01/27/17 | J | | |
| 46. -Kinder Morgan, Inc. | | None | | | Buy | 02/17/16 | J | | |
| 47. | | | | | Sold (part) | 04/19/16 | J | A | |
| 48. | | | | | Sold | 04/21/16 | J | A | |
| 49. -Mobileye NV | | None | | | Buy | 06/30/16 | J | | |
| 50. | | | | | Sold (part) | 10/06/16 | J | | |
| 51. | | | | | Sold | 12/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Monsanto Co | | None | | | Buy | 05/19/16 | J | | |
| 53. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 54. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 55. | | | | | Sold (part) | 06/17/16 | J | A | |
| 56. | | | | | Sold | 06/21/16 | J | A | |
| 57. -Palo Alto Networks, Inc. | | None | | | Buy | 02/25/16 | K | | |
| 58. | | | | | Sold | 02/25/16 | K | A | |
| 59. -Pfizer Inc | A | Dividend | | | Buy | 06/29/16 | J | | |
| 60. | | | | | Sold | 10/06/16 | J | | |
| 61. -Pioneer Natural Resources | | None | | | Buy | 04/08/16 | J | | |
| 62. | | | | | Sold | 05/11/16 | J | A | |
| 63. -Proshares UltraPro S&P 500 ETF | | None | | | Buy | 02/09/16 | L | | |
| 64. | | | | | Sold | 02/09/16 | L | A | |
| 65. | | | | | Buy | 07/14/16 | K | | |
| 66. | | | | | Sold (part) | 08/02/16 | K | | |
| 67. | | | | | Sold | 08/05/16 | K | A | |
| 68. -Raytheon Co | A | Dividend | | | Buy | 03/14/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 04/29/16 | J | A | |
| 70. -Schlumberger LTD | A | Dividend | | | Sold | 01/07/16 | J | | |
| 71. -SM Energy Co | | None | | | Buy | 04/13/16 | K | | |
| 72. | | | | | Sold | 04/13/16 | K | A | |
| 73. -Starbucks Corp | | None | | | Sold | 01/15/16 | J | A | |
| 74. -Steel Dynamics Inc. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 75. | | | | | Sold | 04/29/16 | J | A | |
| 76. -Stryker Corp | | None | | | Buy | 05/05/16 | L | | |
| 77. | | | | | Sold | 05/06/16 | L | A | |
| 78. -Tonix Pharmaceuticals | | None | | | Buy | 05/19/16 | J | | |
| 79. -Vulcan Materials Co | A | Dividend | | | Buy | 03/16/16 | L | | |
| 80. | | | | | Sold | 03/16/16 | L | A | |
| 81. | | | | | Buy | 07/21/16 | J | | |
| 82. | | | | | Sold | 09/21/16 | J | | |
| 83. -Waste Management Inc. | A | Dividend | | | Buy | 02/24/16 | J | | |
| 84. | | | | | Sold | 05/03/16 | J | A | |
| 85. -Weyerhaeuser Co REIT | A | Dividend | | | Buy (add'l) | 03/17/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/17/16 | L | A | |
| 87. IRA No. 2 (H) | | | | | | | | | |
| 88. -Federated Government Obligations Fund Money Market | A | Interest | M | T | | | | | |
| 89. -Alphabet Inc Class C | | None | | | Buy (add'l) | 03/30/16 | J | | |
| 90. | | | | | Sold (part) | 04/29/16 | J | | |
| 91. | | | | | Sold (part) | 05/03/16 | J | | |
| 92. | | | | | Sold | 05/24/16 | J | A | |
| 93. -Apache Corp | A | Dividend | J | T | Buy | 04/27/16 | L | | |
| 94. | | | | | Sold | 04/27/16 | L | A | |
| 95. | | | | | Buy | 09/09/16 | J | | |
| 96. -AstraZeneca PLC Sp ADR | A | Dividend | | | Buy | 07/29/16 | J | | |
| 97. | | | | | Sold | 09/07/16 | J | | |
| 98. -Barrick Gold Corp | A | Dividend | | | Buy | 04/11/16 | J | | |
| 99. | | | | | Sold | 04/29/16 | J | B | |
| 100. | | | | | Buy | 05/17/16 | J | | |
| 101. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 102. | | | | | Sold (part) | 08/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/30/16 | J | | |
| 104. -Church & Dwight Co | | None | | | Buy | 05/18/16 | J | | |
| 105. | | | | | Sold | 05/24/16 | J | A | |
| 106. -Cummins Inc | | None | | | Buy | 07/01/16 | M | | |
| 107. | | | | | Sold | 07/01/16 | M | A | |
| 108. -CVS Health Corp | A | Dividend | | | Sold | 04/25/16 | J | | |
| 109. -Devon Energy Corp(X) | A | Dividend | | | Sold | 05/04/16 | J | A | |
| 110. -Dow Chemical Co | | None | | | Buy | 05/24/16 | M | | |
| 111. | | | | | Sold | 05/24/16 | M | A | |
| 112. -Exxon Mobil Corp | A | Dividend | | | Sold (part) | 02/18/16 | J | A | |
| 113. | | | | | Sold | 05/03/16 | J | A | |
| 114. -Facebook Inc Cl A | | None | | | Buy | 02/18/16 | J | | |
| 115. | | | | | Sold | 03/24/16 | J | A | |
| 116. -Ford Motor Company | A | Dividend | | | Buy | 04/19/16 | J | | |
| 117. | | | | | Sold | 06/27/16 | J | | |
| 118. -Gilead Sciences Inc. | A | Dividend | | | Buy | 02/17/16 | J | | |
| 119. | | | | | Sold | 04/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Gold Trust | | None | | | Buy | 04/11/16 | J | | |
| 121. | | | | | Sold | 04/13/16 | J | | |
| 122.  -Hess Corp | | None | | | Buy | 05/11/16 | J | | |
| 123. | | | | | Sold | 06/07/16 | J | A | |
| 124.  -Hilton Worldwide Holdings(Y) | | | | | | | | | |
| 125.  -Intel Corp | | None | J | T | Buy | 01/27/17 | J | | |
| 126.  -Kinder Morgan Inc. | | None | | | Buy | 02/17/16 | J | | |
| 127. | | | | | Sold | 04/21/16 | J | A | |
| 128.  -Mobileye NV | | None | | | Buy | 06/30/16 | J | | |
| 129. | | | | | Sold (part) | 10/06/16 | J | | |
| 130. | | | | | Sold | 12/29/16 | J | | |
| 131.  -Monsanto Co | | None | | | Buy | 05/19/16 | J | | |
| 132. | | | | | Buy (add'l) | 05/29/16 | J | | |
| 133. | | | | | Sold | 06/03/16 | J | A | |
| 134.  -Palo Alto Networks Inc. | | None | | | Buy | 02/25/16 | K | | |
| 135. | | | | | Sold | 02/25/16 | K | A | |
| 136.  -Pfizer Inc | A | Dividend | | | Buy | 06/29/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Pioneer Natural Resources | | None | | | Buy | 04/08/16 | J | | |
| 138. | | | | | Sold | 05/11/16 | J | A | |
| 139. -ProShares UltraPro S&P 500 ETF | | None | | | Buy | 02/09/16 | M | | |
| 140. | | | | | Sold | 02/09/16 | M | A | |
| 141. | | | | | Buy | 07/14/16 | L | | |
| 142. | | | | | Sold (part) | 08/02/16 | L | | |
| 143. | | | | | Sold | 08/05/16 | K | A | |
| 144. -Raytheon Co | A | Dividend | | | Buy | 03/14/16 | J | | |
| 145. | | | | | Buy (add'l) | 04/06/16 | J | | |
| 146. | | | | | Sold | 04/29/16 | J | A | |
| 147. -Schlumberger LTD | A | Dividend | | | Sold | 01/07/16 | J | | |
| 148. - SM Energy Co | | None | | | Buy | 04/13/16 | K | | |
| 149. | | | | | Sold | 04/13/16 | K | A | |
| 150. -Starbucks Corp | | None | | | Sold | 01/15/16 | J | A | |
| 151. -Steel Dynamics Inc. | A | Dividend | | | Buy | 03/17/16 | J | | |
| 152. | | | | | Sold | 04/29/16 | J | A | |
| 153. -Stryker Corp | | None | | | Buy | 05/05/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/06/16 | M | A | |
| 155.  -Time Warner Inc | | None | | | Buy | 10/06/16 | L | | |
| 156. | | | | | Sold | 10/06/16 | L | A | |
| 157.  -Vulcan Materials Co | A | Dividend | | | Buy | 03/16/16 | M | | |
| 158. | | | | | Sold | 03/16/16 | M | A | |
| 159. | | | | | Buy | 07/21/16 | J | | |
| 160. | | | | | Sold | 09/21/16 | J | | |
| 161.  -Waste Management Inc. | A | Dividend | | | Buy | 02/24/16 | J | | |
| 162. | | | | | Sold | 05/03/16 | J | A | |
| 163.  Roth IRA No. 1 (H) | | | | | | | | | |
| 164.  -Federated Government Obligations Fund Money Market | A | Interest | J | T | | | | | |
| 165.  Roth IRA No. 2 (H) | | | | | | | | | |
| 166.  -Federated Government Obligations Fund Money Market | A | Interest | J | T | | | | | |
| 167.  -Walt Disney Co. | A | Dividend | J | T | | | | | |
| 168.  Brokerage Account No. 1(H) | | | | | | | | | |
| 169.  -Federated Government Obligations Fund Money Market | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosen, Gerald E. | 06/22/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute earned income.

2.  Part I. Positions
a.) Line 3 - Trust No. 1 has no reportable assets.
b.) Line 4 - Trust No. 2 has no reportable assets.


3.  Part VII. Investments & Trusts
a.) Line 16 - Barrick Gold was disposed of in a transaction below the transaction reporting threshold.
b.) Line 25 - Devon Energy Corp was orginally acquired in multiple transactions below the reporting threshold.
c.) Line 78 - Tonix Pharmaceuticals was disposed of in multiple transactions, each below the transaction reporting threshold.
d.) Line 85 - Weyerhaeuser Co REIT was orginally acquired in a transaction below the reporting threshold. The security was also disposed of in a transaction below the reporting threshold
e.) Line 98 - Barrick Gold Corp was disposed of in a transaction below reporting threshold.
f.) Line 136 - Pfizer, Inc. disposed of in multiple transactions below reporting threshold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Gerald E. Rosen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544